IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID V. SPARKS and JOANN SPARKS | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. JFM03CV450 |
| ACandS, INC., et al., | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2003, a copy of Hopeman Brother's Inc.'s Certificate of Filing of State Court Papers which was electronically filed in this case on March 19, 2003, was mailed, via first class mail, postage prepaid, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201


Date: 03/19/03

_____/s/_____
David W. Allen (#00208)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410) 783-4000
Fax: (410) 783-4040

Attorney for Defendants, HOPEMAN BROTHERS, INC.

463992v1